IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOFFMAN PROMOTIONAL PRODUCTS, LLC, a Nebraska limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>RIXSTINE TROPHY COMPANY, INC., a Nebraska corporation;<br><br>Defendant. | 4:25CV3229<br><br>ORDER |

On November 10, 2025, Craig Hoffman filed a complaint on behalf of a legal entity, Hoffman Promotional Products, LLC. (Filing No. 1). Mr. Hoffman is not a licensed attorney authorized to practice law in this court. Legal entities, as opposed to natural persons, cannot litigate in this forum without representation by licensed counsel, and pro se parties may not represent another entity in federal court. See *Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 348 (8th Cir. 1994); *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993) ("[A] corporation may appear in the federal courts only through licensed counsel."); *Joda, LLC v. Ace NC Sys., LLC*, No. 4:09 CV 1197 CDP, 2014 WL 2217279, at *1 (E.D. Mo. May 29, 2014) (finding that the same to be true for LLCs). As such, this case cannot proceed unless and until licensed counsel enters an appearance on behalf of the plaintiff. Accordingly,

**IT IS ORDERED**: Because Craig Hoffman is not a licensed attorney and cannot litigate the interests of the plaintiff in this forum, on or before **December 12, 2025,** the plaintiff shall obtain the services of licensed counsel and have that attorney file an appearance on the plaintiff's behalf. If licensed counsel does not enter an appearance by that date, the Court may dismiss this action without further notice.

Dated this 12th day of November, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge